R.F. SCHIFFMANN ASSOCIATES, INC., et al., Appellants, v BAKER & DANIELS LLP, Respondent, and WEAVER POPCORN COMPANY, INC., Defendant.

Decided September 12, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge FEINMAN taking no part.

DEBRA SAVVIS, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Respondents.

Submitted July 10, 2017; decided September 12, 2017

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

HECTOR L. SERRANO et al., Respondents, v CONSOLIDATED EDISON COMPANY OF NEW YORK INC., Appellant.

Submitted May 30, 2017; decided September 12, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of STATE OF NEW YORK, Respondent, v WILLIAM D., Appellant.

Submitted July 10, 2017; decided September 12, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.